**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

# CRIMINAL MINUTE ORDER

**Date: September 24, 2019** **Time in Court: 3 minutes**

**Judge: Jeffrey S. White**

**Case No.: CR-17-00034-001 JSW**
**United States of America v. Satina Shaw**
**Defendant**
**Present ( ) Not Present ( X ) In-Custody ( )**

**Cynthia Stier**
**U.S. Attorney**

**Juliana Drous**
**Defense Counsel**

**Deputy Clerk: Jennifer Ottolini** **Court Reporter: Diane Skillman**
**USPO: Karen Mar**

## PROCEEDINGS

**REASON FOR HEARING: Sentencing**

**RESULT OF HEARING: The Defendant is not present and has failed to appear. Defense Counsel has had no contact with the defendant.**

**A no bail warrant shall issue for the Defendant.**