CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SATINA SHAW,<br><br>Defendant. | NO. 4:17-CR-00034-EXE-1<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against SATINA SHAW and moves that the Court quash the arrest warrant issued in connection with the indictment in this case against SATINA SHAW.

DATED: August 3, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Jeff Mitchell*
JEFF MITCHELL
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against SATINA SHAW. It is further ordered that the arrest warrant issued in connection with the indictment in this case is quashed.

Date: ______________

____________________________________
HON. JAMES DONATO
United States District Judge